PROB 12C
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Melissa Rachelle Flannery        Case Number: 2:08CR02041-003

Address of Offender: 

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/11/2009

| | | |
|---|---|---|
| Original Offense: | Conspircy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2 | |
| Original Sentence: | Prison - 12 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 12/11/2009 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 12/10/2012 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/15/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Ms. Flannery submitted a urine sample on June 29, 2011, that was sent to the laboratory and was confirmed positive for amphetamines and methamphetamine on July 5, 2011. Therefore, Ms. Flannery would have been in possession of illegal narcotics to ingest them. |
| 3 | **Special Condition #19**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
Re: Flannery, Melissa Rachelle
July 7, 2011
Page 2

**Supporting Evidence**: Ms. Flannery is not in compliance with treatment services per information from Merit Resource Services indicating the defendant has not provided verification of attending a minimum of three 12-step meetings per week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/07/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

7/7/11
Date